PROB 12C
(6/16)

Report Date: August 30, 2022

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

## Aug 31, 2022

Eastern District of Washington

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Deon Drumgoole         Case Number: 0980 2:21CR00100-RMP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Daniel L. Hovland, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: April 15, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1),(b)(1)(C), 846 and 18 U.S.C. § 2 | | |
| Original Sentence: | Prison - 72 Months; TSR - 48 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: | July 2, 2021 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | July 1, 2025 |

## PETITIONING THE COURT

**To issue a warrant.**

On July 6, 2021, Mr. Christopher Drumgoole signed his conditions relative to case number 2:21CR00100-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Drumgoole was made aware by his U.S. probation officer that he was required to follow all instructions of the probation officer related to the conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |
| | **Supporting Evidence**: Mr. Drumgoole is alleged to have violated standard condition number 13 by failing to contact the undersigned officer as directed on August 24, 25, and 26, 2022, and by failing to report as directed on August 29, 2022. |
| | Specifically, on August 24, 2022, at 8:49 a.m., Mr. Drumgoole was sent a text message by the undersigned officer advising that the undersigned officer intended to conduct a scheduled contact with him in the community on the day in question and also inquiring if he was home, and if not, requesting an address where he was available for contact within the community. At 2:07 p.m., the undersigned officer received a text message from Mr. Drumgoole |

Prob12C
**Re: Drumgoole, Christopher Deon**
**August 30, 2022**
**Page 2**

indicating that he had read the text wrong and thought that this officer had said "UA." As a result, he indicated he was currently at "probation." It should be noted that the undersigned officer did not immediately receive this message as this officer was in a previously scheduled Court hearing. At about 2:23 p.m., the undersigned officer returned to the U.S. Probation Office and through text messaging, sought to clarify the client reporting to the U.S. Probation Office, and again inquiring about when this officer could meet with him at his residence. Mr. Drumgoole responded, "Yea down at the office in the morning going back to lake."

It should be noted that upon this officer's arrival back to the U.S. Probation Office, this officer was notified by staff that Mr. Drumgoole had allegedly reported to the building with no identification; therefore, he was retained on the first floor for escort by U.S. Probation Office staff, but upon staff's arrival to escort him, Mr. Drumgoole had departed the building. Mr. Drumgoole was again immediately sent a text message directing him to contact this officer telephonically, and again requesting a time when this officer could contact him at his residence on the day in question. It should be noted, the undersigned officer did attempt to call Mr. Drumgoole on several occasions during the afternoon in question, during which his phone consistently rang through to voice mail. Mr. Drumgoole subsequently failed to contact the undersigned officer on the day in question as directed.

On both August 25 and 26, 2022, voice mails and text messages were left for and sent to the client directing him to contact the undersigned officer. Mr. Drumgoole again failed to respond as directed. On August 26, 2022, a voice mail was left for the client's sponsor and fiancee, again requesting contact from either herself or the client. This message has since gone without response.

On August 29, 2022, at 11:11 a.m., an unscheduled home contact was attempted with the client at the client's assigned residence. A vehicle, later learned to be registered to the client's fiancee, was observed to be in the assigned parking spot for the apartment; however, attempted contact with any party at the residence went without response. A business card was subsequently left in the door jam directing the client to contact the undersigned officer as soon as possible, and further directing him to report to the U.S. Probation Office on the day in question prior to 4:30 p.m. Mr. Drumgoole has since failed to contact the undersigned officer or report as directed. As a result, Mr. Drumgoole's current circumstances are unknown to the undersigned officer.

The U.S. Probation Office respectfully recommends the Court **issue a <u>WARRANT</u>** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | August 30, 2022 |
|---|---|
| | s/Chris Heinen |
| | Chris Heinen<br>U.S. Probation Officer |

Prob12C
Re: Drumgoole, Christopher Deon
August 30, 2022
Page 3

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Rohuna Malonf Peterson*

Signature of Judicial Officer

8/31/2022

Date