PROB 12C
(6/16)

Report Date: August 9, 2023

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2023

SEAN F. MCAVOY, CLERK

Name of Offender: Christopher Deon Drumgoole      Case Number: 0980 2:21CR00100-RMP-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Daniel L. Hovland, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: April 15, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 846 and 18 U.S.C. § 2 | | |
| Original Sentence: | Prison - 72 Months; TSR - 48 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: | July 2, 2021 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | July 1, 2025 |

### PETITIONING THE COURT

**To issue a SUMMONS.**

On July 6, 2021, Mr. Christopher Drumgoole signed his conditions relative to case number 2:21CR00100-RMP-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Christopher Drumgoole is alleged to have violated mandatory condition number 3 by using a marijuana-based topical pain medication on a multitude of occasions during the month of July 2023, and most recently occurring on or about July 19, 2023, based on both urinalysis testing and the client's admission of such use. |
| | Specifically, on July 20, 2023, Mr. Drumgoole was contacted by the undersigned officer through text messaging and directed to report the following day for random urinalysis testing. |

Prob12C
Re: Drumgoole, Christopher Deon
August 9, 2023
Page 2

On July 21, 2023, Mr. Drumgoole reported as instructed. Prior to submitting a urinalysis sample for testing, Mr. Drumgoole did provide this officer with a marijuana-based, roll-on topical pain medication that he had been using, indicating he had been in the hospital earlier in the month due to significant back pain to the degree that his family was fearful he had suffered a stroke. Mr. Drumgoole indicated his reluctance to accept opiate-based pain medication given his previous addiction and as a result, he stated that he secured the marijuana-based medication referenced.

Mr. Drumgoole indicated he had been using the medication approximately every other day since the beginning of the month. Mr. Drumgoole further indicated his awareness that the conduct constituted a violation of his conditions and admitted that he suffered thinking errors with regard to his continued use of the substance, as well as his failure to advise this officer as to the concerns outlined.

Mr. Drumgoole subsequently submitted to urinalysis testing, the result of which proved presumptive positive for marijuana. Mr. Drumgoole did sign a drug use admission form, serving to document his most recent use of the product as previously occurring on or about July 19, 2023. Subsequently, the lab confirmed the sample submitted by the client was positive for marijuana.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 9, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Rosanna Malouf Peterson
Signature of Judicial Officer

8/9/2023
Date