PROB 12C
(6/16)

Report Date: August 28, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 28, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Deon Drumgoole        Case Number: 0980 2:21CR00100-RMP-1

Address of Offender: ███████████ Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Daniel L. Hovland, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: April 15, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 846 and 18 U.S.C. § 2 | | |
| Original Sentence: | Prison - 72 Months; TSR - 48 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: | July 2, 2021 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | July 1, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/09/2023.

On July 6, 2021, Mr. Christopher Drumgoole signed his conditions relative to case number 2:21CR00100-RMP-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: Mr. Christopher Drumgoole is alleged to have violated mandatory condition number 3 by ingesting cocaine on or about August 8, 2023, based on urinalysis testing. |
| | Specifically, on August 8, 2023, the undersigned officer received a text message from the client who stated he had forgotten to call in the day prior, as previously directed, to determine if his assigned color had been called by the contract provider, requiring him to report for random urinalysis testing. The undersigned officer was able to confirm the client did in fact fail to report for urinalysis testing the previous day as required. He was directed to report to the U.S. Probation Office on August 8, 2023, to make up the missed obligation. |

Prob12C
Re: Drumgoole, Christopher Deon
August 28, 2023
Page 2

At approximately 3:20 p.m., Mr. Drumgoole reported as directed and submitted to urinalysis testing, the result of which proved presumptive positive for cocaine. Mr. Drumgoole denied any use of the substance, and the sample was packaged and forwarded to the laboratory (lab) for confirmation.

On August 17, 2023, the lab report specific to that sample submitted by the client on August 8, 2023, was received by the U.S. Probation Office, in which the lab report confirmed the sample as positive for cocaine metabolites.

On August 18, 2023, Mr. Drumgoole was again contacted in response to the confirmed urinalysis test and he again denied any use of the substance.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 28, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[x]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

8/28/2023
Date