PROB 12C
(6/16)

Report Date: September 6, 2023

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 06, 2023**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Deon Drumgoole             Case Number: 0980 2:21CR00100-RMP-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Daniel L. Hovland, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: April 15, 2019

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 846 and 18 U.S.C. § 2 | |
| Original Sentence: | Prison - 72 Months; TSR - 48 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: July 2, 2021 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 1, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/09/2023 and 08/28/2023.

On July 6, 2021, Mr. Christopher Drumgoole signed his conditions relative to case number 2:21CR00100-RMP-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: Mr. Christopher Drumgoole is alleged to have violated mandatory condition number 3 by ingesting marijuana, on or about August 22, 2023, based on urinalysis testing. |
| | Specifically, on both August 22 and 25, 2023, Mr. Drumgoole submitted to random urinalysis testing with the contract provider as required. As a part of testing, and on both occasions, Mr. Drumgoole submitted a test which proved presumptive positive for marijuana. On August 23 and 28, 2023, respectively, drug use denial forms were received in which the client signed his name denying any use of the substance. |

Prob12C
Re: Drumgoole, Christopher Deon
September 6, 2023
Page 2

On August 31, and September 1, 2023, respectively, the laboratory confirmation reports were received from the contract provider confirming both urinalysis samples were positive for marijuana metabolite.

On September 1, 2023, the undersigned officer attempted to contact the client, both telephonically and through text messaging, in response to the received laboratory confirmation reports referenced, as well as notification from the contract chemical dependency treatment provider that the client had previously missed his admit date on August 31, 2023, to begin outpatient services.

Mr. Drumgoole failed to respond on the day in question, but on September 3, a lengthy text message was received from the client in which he described an ongoing addiction to K2, a synthetic form of marijuana, that had transcended both the current and his previous terms of supervised release, clarifying that his addiction to the substance began during his original term of confinement. Mr. Drumgoole further sought to describe how the addiction had contributed to his noncompliance specific to both his original and current terms of supervised release. Mr. Drumgoole further outlined his need for additional treatment and his need for a mentor to overcome the addiction.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 6, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

Rosanna Malouf Peterson

Signature of Judicial Officer

9/6/2023
Date