PROB 12C
(6/16)

Report Date: September 20, 2024

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Christopher Deon Drumgoole | Case Number: 0980 2:21CR00100-JAG-1 |

Address of Offender: ▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Daniel L. Hovland, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable James A. Goeke, U.S. Magistrate Judge

Date of Original Sentence: April 15, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 846 and 18 U.S.C. § 2 | | |
| Original Sentence: | Prison - 72 months<br>TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: | July 2, 2021 |
| Defense Attorney: | Andrea George | Date Supervision Expires: | July 1, 2025 |

#### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 8/9/2023, 8/28/2023 and 9/6/2023.

On July 6, 2021, Christopher Drumgoole signed his conditions relative to case number 2:21CR00100-JAG-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Drumgoole allegedly violated the terms of his supervised release, by failing to report as directed, on or about September 19, 2024 or since.<br><br>Mr. Drumgoole is a participant of the Sobriety Treatment and Education Program (STEP). Mr. Drumgoole had indicated a desire to opt out of the STEP.  On September 13, 2024, the undersigned officer called Mr. Drumgoole.  A voice message was left directing him to appear at the STEP session on September 19, 2024.<br><br>On September 19, 2024, he failed to appear for STEP.  That same day, the undersigned officer sent him a text message directing him to report the next day at 9 a.m. |

Prob12C
Re: Drumgoole, Christopher Deon
September 20, 2024
Page 2

Mr. Drumgoole failed to report as directed on September 20, 2024. At approximately 9:45 a.m., the undersigned officer left him a voice message, a text message and an email directing him to report no later than 2 p.m. At approximately 12:15 p.m., a probation officer attempted to contact him at his residence. Contact was not made at the residence. Therefore, a business card was left in his front door with a hand written directive to report no later than 2 p.m.

Mr. Drumgoole has continued to fail to report. Additionally, he has made no other efforts to contact the probation office.

The U.S. Probation Office respectfully recommends the Court to issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/20/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

September 20, 2024

Date