PROB 12C
(6/16)

Report Date: January 6, 2025

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Deon Drumgoole    Case Number: 0980 2:21CR00100-TOR-1

Address of Offender: ███████████████ Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Daniel L. Hovland, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: April 15, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 846 and 18 U.S.C. § 2 | | |
| Original Sentence: | Prison - 72 Months; TSR - 48 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | July 2, 2021 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | July 1, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/09/2023, 08/28/2023, 09/06/2023 and 09/20/2024.

On July 6, 2021, Christopher Drumgoole signed his conditions relative to case number 2:21CR00100-TOR-1, indicating he understood all conditions as ordered by the Court. On October 30, 2024, Mr. Drumgoole appeared before Your Honor for the purpose of revocation, during which the Court imposed 40 hours of community service to be completed in full by January 1, 2025. On October 31, 2024, Mr. Drumgoole signed a community service agreement, documenting his understanding of the amount of hours and time frame imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #10**: You must complete 40 hours of community service by January 1, 2025. The probation officer will supervise your participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer. |
| | **Supporting Evidence**: Mr. Christopher Drumgoole is alleged to have violated special condition number 10, by failing to complete his ordered 40 hours of community service prior to the Court ordered due date of January 1, 2025. |
| | Specifically, on January 1 and 2, 2025, Mr. Drumgoole provided a total of three separate community service hour verification documents, serving to verify his completed hours of |

Prob12C
Re: Drumgoole, Christopher Deon
January 6, 2025
Page 2

volunteer work in the community for three separate non profits. A review of the documents appeared to substantiate the subject having completed a total of 38.13 community service hours, with his last volunteer efforts having been completed on December 30, 2024.

Following review of the supporting documentation, Mr. Drumgoole was questioned as to the total of hours completed, after which he indicated that something had thrown off his counting, and he thought he had completed all of his hours until he acquired his most recent community service verification form. Mr. Drumgoole committed to completing the hours in full, despite it being after the court ordered due date.

On January 4, 2025, Mr. Drumgoole provided an updated community service verification sheet reflecting his complection of an additional 2.02 hours on January 4, 2025, thereby satisfying the amount of originally imposed hours. On January 6, 2024, the undersigned officer contacted the assistant manager of the not for profit Mr. Drumgoole most recently volunteered his time, who verified the amount of hours completed by Mr. Drumgoole, which supported Mr. Drumgoole's submitted documentation.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 6, 2025

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

January 7, 2025

Date